WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
100 Park Avenue, 31st Floor
New York, NY 10017
Tel: (212) 922-2200
Fax: (212) 922-1512

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SONY ERICSSON MOBILE
COMMUNICATIONS AB

                Petitioner,

- against -

DELTA ELECTRONICS PUBLIC COMPANY
LIMITED (THAILAND),

                Respondent.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/09

09 Civ. 20995 (BSJ)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

**UPON THE MOTION** of Petitioner Sony Ericsson Mobile Communications AB ("Sony Ericsson") pursuant to 9 U.S.C. §§ 201-208 and Article 62 of the N.Y.C.P.L.R., the Verified Petition, Affirmation of Magnus Steen dated February [●], 2009, the Affidavit of Neil A. Quartaro, dated February [●], 2009, Sony Ericsson's Memorandum of law, and all the pleadings and proceedings had herein,

**LET PLAINTIFF SHOW CAUSE** before the Honorable Barbara Jones, United States District Judge, at 500 Pearl Street, Courtroom 18B, New York, NY, on the 19th day of February, 2009, at 2:00 pm: (1) why an Order attaching the assets of Delta Electronics Public Company Limited (Thailand) ("Delta") in the S.D.N.Y. up to $3,562,737.70 should not be entered; (2) why judgment be entered on the arbitration award dated June 30, 2008 (the "Award"), in favor of Sony Ericsson and against Delta; and (3) granting Petitioner be allowed the attorney's fees and costs of this proceeding.

19104846 v1

**IT IS ORDERED** that copies of this Order and supporting papers should be served by email and courier upon counsel for Respondent in the underlying arbitration:

> Advokat Bengt Ake Johnsson
> White & Case Advokat AB
> Nybrogatan 3
> P.O. Box 5573
> SE-114 85 Stockholm
> Sweden
> Email: bengtake.johnsson@whitecase.com

And by courier upon Delta's Thai counsel:

> Allen & Overy (Thailand) Co., Ltd.
> 22nd Floor, Sindhorn Tower III
> 130-132 Wireless Road
> Lumpini, Pathumwan, Bangkok 10330
> Thailand

And by courier upon Delta to:

> Delta Electronics Public Company Limited (Thailand)
> No. 909 Moo 4
> T. Praksa, A. Muang Samutprakan
> Thailand

On or before February _6_, 2009, and that such service be deemed good and sufficient service; and

**IT IS FURTHER ORDERED** that any answering papers be served upon counsel for Sony Ericsson, Watson, Farley & Williams (New York) LLP, 100 Park Avenue, 31st Floor, New York, NY 10018, fax (212) 922-1512 (nquartaro@wfw.com, ayudes@wfw.com) in the same manner on or before February _13_, 2009, at _noon_ E.S.T.; and

**IT** appearing that immediate and irreparable injury, loss or damage would result to the Petitioner herein before notice can be served and a hearing had if Respondent Delta is allowed to instruct garnishees to distribute or otherwise transfer the sum sought, it is

**FURTHER ORDERED**, that pending the hearing and determination of this motion, garnishees Bank of America, Citibank, Deutsche Bank, HSBC USA Bank NA, JPMorgan Chase Bank, Standard Chartered Bank, and The Bank of New York, (the "Garnishees") be and hereby are enjoined and restrained from distributing or otherwise transferring the sum of **$3,562,737.70,** held by one or more of the Garnishees for the benefit of Delta; ~~including but not limited to any funds held in accounts nominally located in the Cayman Islands but administered in New York;~~ and it is

**FURTHER ORDERED,** that an agent of Watson, Farley & Williams (New York) LLP be and is hereby appointed, in addition to the United States Marshal, to serve this Temporary Restraining Order and the Verified Petition, and any interrogatories, upon the Garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Petitioner) may hold assets of, for, or on behalf of the Respondent.

*Ordered, Security in the amount of $ [blank] will be posted by [blank]. The bond requirement is waived.*

Dated: New York, New York
February 4, 2009

_____
U.S.D.C.  /  Part I

19104846 v1