UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/09
```

SONY ERICSSON MOBILE
COMMUNICATIONS AB,

        Petitioner,

v.

DELTA ELECTRONICS PUBLIC COMPANY
LIMITED (THAILAND),[1]

        Respondent.

Civil Action No. 09-00995 (BSJ)

**ORDER DIRECTING
CERTAIN CONFIDENTIAL INFORMATION TO BE PLACED UNDER SEAL**

Having considered Delta Electronics (Thailand) Public Company Limited's Motion to place under seal (1) Exhibit 2 of the Affirmation of Magnus Steen filed with the Sony Ericsson's February 4, 2009 Petition to Confirm Foreign Arbitral Award, (2) Exhibits 1-3 of the Affirmation of Michael Tan and (3) Exhibits 1-6 of the Affirmation of Mr. Piya Krootdaecha and good cause appearing,

**IT IS HEREBY ORDERED** that Exhibit 2 of the Affirmation of Magnus Steen filed with the Sony Ericsson's February 4, 2009 Petition to Confirm Foreign Arbitral Award, Exhibits 1-3 of the Affirmation of Michael Tan and Exhibits 1-6 of the Affirmation of Mr. Piya Krootdaecha shall be placed under seal.

**IT IS SO ORDERED.**

Dated: March 23, 2009

                                                                    _____
                                                                    Honorable Barbara S. Jones
                                                                    United States District Judge

---

[1] Respondent's name is Delta Electronics (Thailand) Public Company Limited and not Delta Electronics Public Company Limited (Thailand).