```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
SONY ERICSSON MOBILE COMMUNICATIONS  :
AB,                                  :
                      Plaintiff,     :
           v.                        :   09 Civ. 995 (BSJ)
                                     :   Order
DELTA ELECTRONICS PUBLIC COMPANY     :
LIMITED (THAILAND),                  :
                                     :
                      Defendant.     :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

As was discussed during March 31, 2009 phone conference, the Temporary Restraining Order ("TRO") entered on February 4, 2009 is hereby extended until April 9, 2009.[1] The Court finds good cause to extend the TRO based on the February 18, 2009 stipulation entered into by the Parties adjourning the hearing on the TRO until March 26, 2009 and the record of that hearing. Accordingly, Defendant's March 30, 2009 motion to dissolve the TRO is DENIED.

**SO ORDERED:**

_____
Barbara S. Jones
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         April 2, 2009

---

[1] This date extends the TRO until ten days following the March 26, 2009 hearing, as calculated under Federal Rule of Civil Procedure 6.

1